JS-6

JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>PHILLIPA Y. JACKSON AKA PHILLIPA SANDERS AKA PHILLPA SANDERS,<br><br>　　　　　　Defendant | No. 2: 13-cv-8277-MMM(FFMx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Phillipa Y. Jackson aka Phillipa Sanders aka Phillpa Sanders, in the principal amount of $2,896.74 plus interest accrued to November 6, 2013, in the sum of $2,839.69; with interest accruing thereafter at 9% per year until entry of judgment, administration costs in the amount of $0.00, for a total amount of  $**5,736.43**.

DATED: February 26, 2014    By:_____

　　　　　　　　　　　　　　Honorable Margaret M. Morrow
　　　　　　　　　　　　　　United States District Judge